UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Tom Schwartz, Vicki Schwartz, No Place Like Home, Inc., Danea Bruber, Lease-to-Own Homes, LLC, Jon Cleveland, Angela Cleveland, Home Equity Investments, Inc., Dave Hiltner, Rick Braun, and Home Buyers Consultants, Inc.,** | Civil No. 05-1232 (DSD/SRN) |
| **Plaintiffs,** | **ORDER** |
| v. | |
| **National Home Trust Corporation d/b/a National Home Buyers Assistance, Michael Shinn, Daniel Siedlecki, Jeffrey Richardson, Jennifer Shinn-Richardson,** | |
| **Defendants.** | |

Danell K. Olson, Esq. and  J. Michael Dady, Esq., on behalf of Plaintiffs

Jay William Schlosser, Esq., on behalf of Defendants

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 23, 2005.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss and to Compel Arbitration (Doc. 2) is **GRANTED**; and

    2.    Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

Dated: December 12, 2005

                                              s/David S. Doty
                                              DAVID S. DOTY
                                              United States District Court Judge